IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

LACEY K. GARRETT,

          Plaintiff,

v.                                                   Civil Action No.: 2:20-CV-00754
                                                 Hon. Joseph R. Goodwin

PRECISION PIPELINE, LLC,

          Defendant.

## **AGREED DISMISSAL ORDER**

This day came the Defendant, Precision Pipeline, LLC, by counsel, and came the Plaintiff, Lacey K. Garrett, by counsel, and announced to the Court that all matters in controversy between the parties herein have been compromised, settled and agreed and jointly moved the Court to dismiss this action, with prejudice, from the docket of this Court.

The Court does **ORDER** that this action is **DISMISSED WITH PREJUDICE** from the docket of this Court, with the parties to bear their respective attorney fees and costs incurred in the prosecution and defense of this action.

It is further **ORDERED** that the Clerk of this Court shall distribute certified copies of this Order to counsel of record upon entry with the Court.

ENTER: October 29, 2021

_/s/ Joseph R. Goodwin_
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

PREPARED BY:

ROBINSON & MCELWEE PLLC

*/s/ Richard W. Gallagher*
Richard W. Gallagher
(W. Va. State Bar I.D.: 1327)

Post Office Box 128
140 West Main Street, Suite 300
Clarksburg, West Virginia 26302-0128

APPROVED BY:

Addair Law Office, PLLC

*/s/ Michael P. Addair*
Michael P. Addair
(W. Va. State Bar I.D.: 10561)
Post Office Box 565
Hurricane, West Virginia 25526